994 A.2d 589

**Daniel L. SPUCK, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

Supreme Court of Pennsylvania.

May 17, 2010.

### *ORDER*

PER CURIAM.

**AND NOW,** this 17th day of May 2010, the Motion to Dismiss for Mootness is **GRANTED.**